UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 7:14-CR-113-1H

TONY TERRY KENWORTHY  ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on July 21, 2015 be turned over to Special Agent Steve Worthington, Columbus County Sheriff's Department, ATF Task Force (to be turned over to Robeson County Sheriff's Office) to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 1 | Handgun |
| 2 | Magazine |
| 3 | Ammunition |

This 21st day of July, 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

Agent's Signature: Steven O. Worthington ATF TFO