**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**

**CASE NO: 7:14-CR-113-1H**

**TONY TERRY KENWORTHY**

**ORDER**

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $49.88. The clerk is DIRECTED to pay the sum of $49.88 from the funds maintained in the Court's imprest fund account.

July 22, 2015
Date

MALCOLM J. HOWARD
Senior United States District Judge