UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-113-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TONY TERRY KENWORTHY, | ) | |
| Defendant. | ) | |

This matter is before the court on remand from the Fourth Circuit Court of Appeals. The Fourth Circuit remanded this matter and directed this court to vacate ab initio the criminal proceedings against defendant. Therefore, in accordance with the order and mandate of the Fourth Circuit Court of Appeals, the judgment in this matter is hereby VACATED, and the indictment is DISMISSED.

This 12th day of July 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26